**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 44 WAL 2023
                                :

         Respondent             :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

             v.                    :
                                  :
                                  :

MARSHAWN TYLIQUE WILLIAMS,         :
                                  :
         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.